IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAJESTIC FLOORING SOLUTIONS CORPORATION<br>30 Ricky Road<br>Ronkonkoma, NY 11779<br>　　　　Plaintiff,<br>v.<br><br><br>WASHINGTON NATIONALS STADIUM, LLC<br>1500 South Capitol Street, SE<br>Washington DC 20003<br>Serve: CT Corporation System<br>1015 15th Street, NW, Suite 1000<br>Washington DC 20005<br><br>and<br><br><br>ARENAS, PARKS AND STADIUMS SOLUTIONS, INC.<br>45 Nicole Lane<br>Wingdale, NY 12594<br>Serve: Stephanie Caccamo<br>45 Nicole Lane<br>Wingdale, NY 12594<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

Comes Now the Plaintiff, Majestic Flooring Solutions Corporation, by and through undersigned counsel, and submits its Complaint against Washington Nationals Stadium, LLC and Arenas, Parks and Stadiums Solutions, Inc., and in support thereof states as follows:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 because of diversity of citizenship between Plaintiff and all Defendants and because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

2. Venue is proper in this Court pursuant to 28 U.S.C. §1391 (b)(2), as the acts or omissions giving rise to Plaintiff's claim occurred in, and the property which is the subject of the action is located, in the District of Columbia.

## FACTS

3. Plaintiff, Majestic Flooring Solutions Corporation ("Majestic") is a New York corporation authorized to conduct business in the District of Columbia and is engaged in business as a flooring contractor.

4. Defendant Washington Nationals Stadium, LLC ("Washington Nationals") is a District of Columbia limited liability company.

5. Upon information and belief, Washington Nationals has a leasehold interest in certain property with a street address of 1500 South Capitol Street, SE, Washington DC, where the stadium for the Washington Nationals Baseball Club, LLC is located on Square 0705, Lot 0016 ("Property") pursuant to a Lease Agreement dated as of March 6, 2006 and certain Assignment and Assumption Agreement dated as of July 21, 2006, as further described in a Deed of Trust recorded at Instrument No. 2014002496, with the D.C. Recorder of Deeds on January 9, 2014.

6. Defendant Arenas, Parks and Stadiums Solutions, Inc., ("APSS") is a New York corporation engaged in business as a contractor.

7. Upon information and belief, Washington Nationals entered into a series of contracts with APSS for the installation of certain flooring work in certain areas of the Washington Nationals Stadium ("Project").

8. APSS in turn entered into a subcontract ("Subcontract") with Majestic for the supply of labor and specialized equipment and certain materials for the installation of Citadel's Polyurea flake flooring system consisting of 300,000 square feet ("Work") at the Project. A copy of said Subcontract is attached hereto as Exhibit A and in incorporated herein by reference.

9. Work was performed by Majestic between November 15, 2013 and June 15, 2014.

## COUNT I
## Breach of Contract – APSS

10. All of the allegations in paragraphs 1 through 9 are repled here and incorporated herein by reference.

11. Pursuant to the terms of the Subcontract and at the request of APSS, Majestic performed Work on the Project.

12. Majestic has performed all of its contractual obligations including change order work on the Project.

13. The Work met all requirements and specifications made known to Majestic and was accepted and APSS and the Washington Nationals.

14. Per the Subcontract, APSS was scheduled to make payments in four installments.

15. To date, APSS has made payments in the total amount of $242,000.

16. APSS failed to make the second installment of $125,000.00 by March 1, 2014 as required by the Subcontract

17.     APSS also failed to pay for change order and extra work performed in the amount of $50,262.64.

18.     APSS has breached the Subcontract by failing and refusing to pay a balance due to Majestic for Work performed on the Project.

19.     Majestic has been damaged by APSS' failure to pay Majestic in the total amount of $498,262.64 as shown in the Statement of Account attached hereto as Exhibit B and incorporated herein by reference.

WHEREFORE, Plaintiff, Majestic Flooring Solutions Corporation, respectfully requests judgment against the Defendant, Arenas, Parks, and Stadiums Solutions, Inc., in the sum of Four Hundred Ninety Eight Thousand Two Hundred Sixty Two and 64/100 Dollars ($498,262.64), plus interest and all of its costs in this cause expended.

## COUNT II
### Mechanic's Lien

20.     All of the allegations in paragraphs 1 through 19 and are repled here and incorporated herein by reference.

21.     Majestic performed Work on the Project.

22.     The Property on which Majestic performed Work is generally designated as the Nationals Stadium which is located at 1500 South Capitol Street, SE, Washington DC 20003 (Square 0705, Lot 0016).  No part of the Property is located in any city or county other than Washington, DC.

23.     Washington Nationals is the lessee of the Property, as described above in Paragraph 5.

24. Majestic performed the Work between November 15, 2013 and June 15, 2014.

25. Upon information and belief, the project was completed and/or terminated on October 27, 2014.

26. Despite the fact that Majestic performed the Work, APSS has not paid Majestic in the amount of $498,262.64.

27. On September 24, 2014, within the time and in the manner prescribed by statute, Majestic filed a Notice of Mechanic's Lien with the D.C. Recorder of Deeds at Instrument No. 2014087796. A true and correct copy of said Notice is attached hereto as Exhibit C and incorporated herein by reference.

28. Notice of this Lien was sent to Washington Nationals and APSS and received by each, as evidenced by certified mail receipts, which are attached as part of Exhibit C and incorporated herein by reference.

29. Despite receipt of the Notice, APSS has not paid Majestic.

30. Upon information and belief, APSS has an interest in the Property by virtue of a certain Notice of Mechanic's Lien filed on December 29, 2014 with the D.C. Recorder of Deeds at Instrument No. 2014119512.

31. This Complaint to Enforce Mechanic's Lien was commenced within 180 days from the date of recordation of the Notice of Mechanic's Lien with the D.C. Recorder of Deeds.

32. This Complaint is filed in the manner and within the time prescribed by D.C. Code §40-301.01, *et seq.*

WHEREFORE, Plaintiff, Majestic Flooring Solutions Corporation, prays that this Honorable Court grant the following relief:

    a.    That the Court ascertains and determines the validity, priority and amount of Majestic's Lien;

    b.    That the Court order the sale of the Property to satisfy Majestic's lien;

    c.    That the Court grants such other and further relief as the Court may deem just and equitable.

## COUNT III
### Quantum Meruit - APSS and Washington Nationals

33. All of the allegations in paragraphs 1 through 32 and are repled here and incorporated herein by reference.

34. At the request of APSS and Washington Nationals, Majestic performed the Work on the Project.

35. APSS and Washington Nationals have failed to pay Majestic for all of the Work performed by Majestic.

36. As a direct and proximate result of the Work performed by Majestic, APSS and Washington Nationals Build have received a substantial benefit for which Majestic is entitled to be compensated.

37. Absent payment for the Work performed, APSS and Washington Nationals will be unjustly enriched by the value of the Work by Majestic.

38. The reasonable value of the Work performed by Majestic is $498,262.64 in excess of payments received as evidenced by the Statement of Account attached hereto at Exhibit B.

39. All Work was performed by Majestic no later than June 15, 2014.

WHEREFORE, Plaintiff, Majestic Flooring Solutions Corporation, respectfully requests

judgment against the Defendants, Arenas, Parks, and Stadiums Solutions, Inc., and Washington Nationals Stadium, LLC, in the sum of Four Hundred Ninety Eight Thousand Two Hundred Sixty Two and 64/100 Dollars ($498,262.64), plus interest and all of its costs in this cause expended.

Dated: March 20, 2015				Respectfully submitted,


						/s/ *Kavita S. Knowles*
						Kavita S. Knowles, Esq.
						Federal Bar #: MD15148
						Fullerton & Knowles, P.C.
						12642 Chapel Road
						Clifton, VA  20124
						(703) 818-2600
						FAX: (703) 818-2602
						kknowles@fullertonlaw.com
						Counsel for Defendant
						Majestic Flooring Solutions Corporation